NUMBERS

13-01-808-CV

13-02-173-CV



COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


ARMANDO ALVAREZ , Appellant,


v.



LETICIA ZUNIGA AND ERNESTO BARRIENTOS, SR. , Appellees.

____________________________________________________________________


On appeal from the 404th District Court

of Cameron County, Texas.

____________________________________________________________________



O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam


Appellant, ARMANDO ALVAREZ , perfected an appeal from a judgment entered by the 404th District Court of Cameron
County, Texas, in cause number 2000-07-003103-G . After the notice of appeal was filed, an unopposed motion to dismiss
the appeal as to appellant, Armando Alvarez, and appellees, Leticia Zuniga and Ernesto Barrientos, Sr. was filed. 
Appellant states that all claims between him and appellees have been settled and compromised. Appellant requests that his
appeal be dismissed.

Having considered appellant's motion to dismiss the appeal and the documents on file, this Court is of the opinion that the
motion should be granted. The motion to dismiss appellant Alvarez's appeal is hereby granted. Appellant Alvarez's appeal
is ordered DISMISSED. The appeal as to appellant, Armando Alvarez , and appellees, Leticia Zuniga and Ernesto
Barrientos, Sr. , is severed from the original appeal and is docketed under cause number 13-02-173-CV.

The remaining parties and issues in the original appeal will remain docketed under cause number 13-01-808-CV .



PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 4th day of April, 2002 .